## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

THE HAMPTON COMPANY
NATIONAL SURETY, LLC,
a Mississippi Limited Liability Company;
A-24/7 BAIL BONDS;
JOSEPH NIEVIES CANTU, SR.,
an individual; JAMIE A. PATRICK, an individual;
JAMES HAMPTON GARDNER, an individual,
and ALEJANDRO NAVAS-SILVA, an individual                               **PLAINTIFFS**

VERSUS                                            CAUSE NO. 1:12cv370HSO-RHW

SHERIFF MIKE BYRD, in his                                              **DEFENDANTS**
Official Capacity as Sheriff of
Jackson County, Mississippi;
JACKSON COUNTY, MISSISSIPPI,
A political subdivision of the State of
Mississippi

## AGREED JUDGMENT OF DISMISSAL

The parties having advised the Court that they have agreed to a settlement of this case, and the Court being further advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of settlement, and the Court being desirous that the matter be finally closed on its docket;

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties, with each to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2013.

Sul Ozerden, U.S. District Judge

Agreed:

s/ _Gary S. Evans_
Gary S. Evans, Attorney for
the Defendants

s/ _William S. Kellum_
William S. Kellum, III Attorney
for the Plaintiffs